**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


RICHARD and MARGARET MEEHL, h/w, :   CIVIL ACTION
      Plaintiffs, :
         :    NO.  05-2615
    v.     :
         :
FIRST STUDENT, INC., et al.,   :
      Defendants. :


## MEMORANDUM AND ORDER

BUCKWALTER, S.J.              April 18, 2006

    This case was reassigned to the undersigned judge by order dated April 11, 2006.

The docket reflects a series of pending discovery motions.  All of these outstanding motions will

be dismissed without prejudice, and a status conference will be scheduled.

    **AND NOW**, this 18th day of April, 2006, it is hereby **ORDERED** that the

following motions are **DISMISSED without prejudice**:

    1.  Motion for Discovery Master (Docket No. 25);

    2.  Second Motion for Extension of Time to Complete Discovery and Extend

Trial Deadlines (Docket No. 26);

    3.  Motion for Sanctions for Defendants' Failure to Comply with Court Order

Dated 1/12/06 (Docket No. 27);

    4.  Motion to Compel Deposition of Hazel Pringle Pursuant to E.D. Local

Rule 26.1(g) and F.R.C.P. 34 and 37 (Docket No. 28); and

5.      Motion for Sanctions for Defendants' Failure to Comply with Court Order Dated February 28, 2006 (Docket No. 32).

It is further **ORDERED** that:

The present scheduling order is **VACATED**.

A STATUS CONFERENCE is scheduled <u>Tuesday, May 9, 2006 at 10:00 a.m.</u> in the chambers of the undersigned.  The primary purpose of this conference is to establish a new scheduling order, including a discovery plan with firm deadlines, and methods for resolving discovery disputes expeditiously.  To that end, each party will submit its discovery plan to the court on <u>May 2, 2006</u>  outlining its proposal to expedite discovery disputes.


BY THE COURT:


 *s/ Ronald L. Buckwalter, S. J.*
 RONALD L. BUCKWALTER, S.J.


2