UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD AND MARGARET MEEHL, H/W | : CIVIL ACTION |
| | : |
| V. | : |
| | : |
| FIRST STUDENT, INC, A/K/A FIRST | : |
| STUDENT SERVICES, LLC AND | : NO. 05-CV-02615 |
| FIRSTGROUP AMERICA, INC. AND FIRST | : |
| VEHICLE SERVICES AND FIRST TRANSIT, | : |
| INC. AND HAZEL PRINGLE | : |

**STIPULATION TO DISMISS DEFENDANT
FIRST TRANSIT, INC.**

AND now this 17ᵗʰ day of _May_ , 2007 it is hereby STIPULATED

by and between counsel for Plaintiff, Jeffrey Krawitz, Esquire, and counsel for

Defendants, Walter J. Timby, III, Esquire, that Defendant, First Transit, Inc., is

DISMISSED with prejudice.

SILVERMAN, ~~BERNHEIM & VOGEL~~ & KRAWITZ          MARGOLIS EDELSTEIN

BY: _____          BY: _____
JEFFREY KRAWITZ, ESQUIRE                  WALTER J. TIMBY, III, ESQUIRE
Attorney for Plaintiffs                          Attorney for Defendants
I.D. No. 49530                                   I.D. No. 23894
Two Penn Center Plaza                            The Curtis Center - Fourth Floor
Suite 910                                        Independence Square West
Philadelphia, PA 19102                           Philadelphia, PA 19106-3304
(215) 569-0000                                   (215) 922-1100

Jennifer L. Haeberle, Esq

5/21/07

J.